UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nathaniel Jon Paulsen,

Plaintiff,

v.

Warden Fikes,
*F.C.I Sandstone*

Defendant.

Case No. 19-cv-2178 (PJS/DTS)

ORDER

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated September 30, 2019. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

The petition for a writ of habeas corpus of petitioner Nathaniel Jon Paulsen, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.

2. Paulsen's application to proceed *in forma pauperis*, ECF No. 2, is **DENIED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  10/22/19

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge